...

FILED  
United States Court of Appeals  
Tenth Circuit

February 18, 2011

Elisabeth A. Shumaker  
Clerk of Court

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

---

KANSAS PENN GAMING, LLC,

    Plaintiff-Counter-Defendant – Appellee,

v.

HV PROPERTIES OF KANSAS, LLC,

    Defendant-Counter-Claimant – Appellant.

--------------------------------------------------------

HV PROPERTIES OF KANSAS, LLC,

    Plaintiff - Appellant,

v.

PENN NATIONAL GAMING, INC.,

    Defendant - Appellee.

No. 10-3209

---

**ORDER**

---

Before **KELLY** and **GORSUCH**, Circuit Judges.

---

This matter is before the court on Appellant's "Motion of Appellant HV Properties

of Kansas LLC to Exceed Word Count." The motion denied.

           Entered for the Court,

           ELISABETH A. SHUMAKER, Clerk