CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

TELEPHONE  303 844-6017
FACSIMILE  303 844-6437

**LANCE OLWELL**
**KYLE ANN SCHULTZ**
CIRCUIT MEDIATORS

February 25, 2011

William D. Beil, Esq.
Daniel B. Hodes, Esq.
Rouse Hendricks German May, PC
1010 Walnut Street, Suite 400
Kansas City, MO  64106

Christopher Tayback, Esq.
Daniel C. Posner, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, Tenth Floor
Los Angeles, CA  90017

William M. Modrcin, Esq.
Johnston Ballweg Modrcin Andrews & Tuley
9200 Indian Creek Parkway, Suite 500
Overland Park, KS  66210

Stephen W. Cavanaugh, Esq.
Cavanaugh & Lemon, PA
2942-A S.W. Wanamaker Drive, Suite 100
Topeka, KS  66614

C. Brooks Wood, Esq.
Robin K. Carlson, Esq.
Stinson Morrison Hecker, LLC
1201 Walnut Street, Suite 2900
Kansas City, MO  64106

RE:  No. 10-3209 – Kansas Penn Gaming, LLC v. HV Properties of Kansas, LLC, et al.

Dear Counsel:

      Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief is extended 14 days.  The appellant's brief and the appendix must be filed by **March 16, 2011**.

Sincerely,

David W. Aemmer

DWA:rg